# United States District Court

Eastern District of Pennsylvania 3rd Circuit

Dr Abdul-Ali Muhammad
Counterclaimant,
Head of State – Aboriginal Republic of North America
Xi-Amaru Indigenous Government
COUNTERCLAIMANT

Vs

State of New Jersey

Case # 2:14-cv-04379

Township of Florence

County of Burlington

Police Officers et al

All Bond Holders and Trustee-Fiduciaries of the assets of the

Above Respondents – Original Claimants

Respondents.

## AFFIDAVIT OF DEFAULT JUDGMENT

Pursuant to Rule 55 (a) and 55 (b) (1) (Exhibit A) of the Federal Rules of Civil Procedure counterclaimant enters this affidavit of Default Judgment upon the parties listed above for failing to respond to the action having being noticed on October 15th 2014 (Exhibit B) and again on October 23rd 2014 (Exhibit C) having signed for reception of both lawsuits and having made no response have defaulted according to the above rule. Counterclaimant demands a default be entered at this federal level and that any claims of the above listed respondents in any court of law be made moot and void against the listed counterclaimant. Counterclaimant demands that the original suit amount of (1.5 million dollars – $1,500,000) be entered in this default judgment as an amount for failure to appear and actual damages suffered by the counterclaimant as listed in the original claim.

I Dr Abdul-Ali Muhammad declare that the above is true and correct under penalty of perjury pursuant to USC 28 1746

_____

Clerk of Court

# EXHIBIT A



(/)Cornell University Law School (https://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

Federal Rules of Civil Procedure (/rules/frcp) › TITLE VII. JUDGMENT (/rules/frcp/title_VII) › Rule 55. Default; Default Judgment

# Rule 55. Default; Default Judgment

(a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) ENTERING A DEFAULT JUDGMENT.

  (1) *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

  (2) *By the Court.* In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to:

    (A) conduct an accounting;

    (B) determine the amount of damages;

    (C) establish the truth of any allegation by evidence; or

    (D) investigate any other matter.

(c) SETTING ASIDE A DEFAULT OR A DEFAULT JUDGMENT. The court may set aside an entry of default for good cause, and it may set aside a default judgment under Rule 60(b).

(d) JUDGMENT AGAINST THE UNITED STATES. A default judgment may be entered against the United States, its officers, or its agencies only if the claimant establishes a claim or right to relief by evidence that satisfies the court.

### NOTES

(As amended Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 30, 2007, eff. Dec. 1, 2007; Mar. 26, 2009, eff. Dec. 1, 2009.)

#### NOTES OF ADVISORY COMMITTEE ON RULES—1937

## Toolbox

- Wex: Civil Procedure: Overview (/wex/civil_procedure)

8+1



## Stay Involved

- LII Announce Blog (http://blog.law.cornell.edu)
- LII Supreme Court Bulletin (http://liibulletin.law.cornell.edu)
- Make a donation (http://www.law.cornell.edu/donors/)
- Contribute content (http://www.law.cornell.edu/wex)
- Become a sponsor (http://www.law.cornell.edu/lii/busines:
- Give feedback (http://www.law.cornell.edu/contact)

# EXHIBIT B

## CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT) PHONE ( )
Dr. Ali Muhammad
PO Box 42083
Phila. PA 19101

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )
Florence Township
Municipal Court
711 Broad St
Florence NJ 08518

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

---

EK 449725448 US

**UNITED STATES POSTAL SERVICE®** | **PRIORITY ★ MAIL ★ EXPRESS™**

PA 19104 / PHILA / 2014

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 19104
Scheduled Delivery Date (MM/DD/YY): 10-15-14
Postage: $

Date Accepted (MM/DD/YY): 10-14-14
Scheduled Delivery Time: ☑ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 3:46 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

Weight: 1 lbs 9 ozs  ☐ Flat Rate
Sunday/Holiday Premium Fee: $
Acceptance Employee Initials:
Total Postage & Fees: 16.95

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, JANUARY 2014    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

🌐 English | ❓ Customer Service | 📱 USPS Mobile                     👤 Register / Sign In



# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** EK449725448US



**DELIVERED**

On Time
Scheduled Delivery Day: Wednesday, October 15, 2014, 3:00 pm
**Money Back Guarantee**
Signed for By: P MELLOR // BORDENTOWN, NJ 08505 // 11:44 am

## Product & Tracking Information

**Postal Product:** Priority Mail Express 1-Day™
**Features:** PO to Addressee | Up to $100 insurance included Restrictions Apply

## Available Actions

Proof of Delivery

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 15, 2014, 11:44 am | Delivered | BORDENTOWN, NJ 08505 |

Your item was delivered at 11:44 am on October 15, 2014 in BORDENTOWN, NJ 08505. The item was signed for by P MELLOR.

| | | |
|---|---|---|
| October 15, 2014, 8:54 am | Out for Delivery | BORDENTOWN, NJ 08505 |
| October 15, 2014, 8:44 am | Sorting Complete | BORDENTOWN, NJ 08505 |
| October 15, 2014, 7:57 am | Arrived at Post Office | BORDENTOWN, NJ 08505 |
| October 15, 2014, 5:52 am | Departed USPS Facility | TRENTON, NJ 08650 |
| October 15, 2014, 4:23 am | Arrived at USPS Facility | TRENTON, NJ 08650 |
| October 14, 2014, 5:43 pm | Departed Post Office | PHILADELPHIA, PA 19104 |
| October 14, 2014, 3:46 pm | Acceptance | PHILADELPHIA, PA 19104 |

## Track Another Package

Tracking (or receipt) number

[ Track It ]

# EXHIBIT C

# CUSTOMER USE ONLY

**FROM:** (PLEASE PRINT) PHONE ( )
Dr. Ali Muhammad
Via Att. Gen. Kanse
3000 Chestnut #42083
Phila. PA 19101

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. / Federal Agency Acct. No. or Postal Service™ Acct. No.

## DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED

Delivery Options:
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

**TO:** (PLEASE PRINT) PHONE ( )
Florence Township Prosecutor
711 Broad Street
Florence, Canty NJ
ZIP+4 08518

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

---

EK 449772195 US

**UNITED STATES POSTAL SERVICE® | PRIORITY ★MAIL★ EXPRESS™**

Philadelphia, PA 19104

## ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 19104
Date Accepted: USPS 22-14
Time Accepted: 4:35 PM
Weight: Flat Rate

☐ 2-Day ☐ Military ☐ DPO
Scheduled Delivery Date: 10-23-14
Scheduled Delivery Time: ☒ 3:00 PM
Insurance Fee: $
COD Fee: $
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee:
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $19.99
Acceptance Employee Initials:

## DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | Employee Signature

LABEL 11-B, JANUARY 2014 PSN 7690-02-000-9996 **2-CUSTOMER COPY**

 English    Customer Service    USPS Mobile     Register / Sign In

# USPS.COM

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: EK449772195US**



**DELIVERED**

On Time
Scheduled Delivery Day: **Thursday, October 23, 2014, 3:00 pm**
**Money Back Guarantee**
Signed for By: S MATHEWS // BORDENTOWN, NJ 08505 // 11:09 am

## Product & Tracking Information

**Postal Product:**    **Features:**
Priority Mail Express 1-Day™    PO to Addressee    Up to $100 insurance included
Restrictions Apply

## Available Actions

Proof of Delivery

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 23, 2014, 11:09 am | Delivered | BORDENTOWN, NJ 08505 |

Your item was delivered at 11:09 am on October 23, 2014 in BORDENTOWN, NJ 08505. The item was signed for by S MATHEWS.

| | | |
|---|---|---|
| October 23, 2014, 8:44 am | Out for Delivery | BORDENTOWN, NJ 08505 |
| October 23, 2014, 8:34 am | Sorting Complete | BORDENTOWN, NJ 08505 |
| October 23, 2014, 7:35 am | Arrived at Post Office | BORDENTOWN, NJ 08505 |
| October 23, 2014, 6:53 am | Departed USPS Facility | TRENTON, NJ 08650 |
| October 23, 2014, 3:55 am | Arrived at USPS Facility | TRENTON, NJ 08650 |
| October 22, 2014, 7:11 pm | Arrived at USPS Origin Facility | PHILADELPHIA, PA 19190 |
| October 22, 2014, 5:41 pm | Departed Post Office | PHILADELPHIA, PA 19104 |
| October 22, 2014, 4:35 pm | Acceptance | PHILADELPHIA, PA 19104 |

## Track Another Package

**Tracking (or receipt) number**

[ Track It ]