In The United States District Court
For The Eastern District of Pennsylvania

Dr. Abdul-Ali Muhammad
Head of State -
Aboriginal Republic of North America
Xi-Amaru Tribal Government

vs.

Florence Township et al

Civil Action No.

2:14-CV-04379

**Praecipe to Issue Alias Summons**

Attorney for Respondent:
Andrew Smith - Florence County Prosecutor
711 Broad St
Florence New Jersey 08518

Respondents must respond 21 days from Service of Summons

A failure to respond will result in default judgement.

[signature]

1-15-2015