JHS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Dr. Abdul-Ali Muhammad

Head of State - Aboriginal Republic of North America

Xi-Amaru Tribal Gov. - Counter claimant.

RECEIVED
JAN 28 2015
By _____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Florence Township Police Department

Officer Jonathan Greenburg

Officer Nicole Bonilla

Unidentified 3rd Officer

Township of Florence

_____

_____

_____

_____

_____

_____

14-4379

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Dr. Abdul-Ali Muhammad |
| | Street Address | 3000 Chestnut St #42083 |
| | County, City | Philadelphia |
| | State & Zip Code | Pennsylvania 19101 |
| | Telephone Number | 267 979 3408 |

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Florence Township Police Department
Street Address 711 Broad Street
County, City Florence
State & Zip Code New Jersey 08518

Defendant No. 2
Name Township of Florence-Craig Wilkie
Street Address 711 Broad Street
County, City Florence
State & Zip Code New Jersey 08518

Defendant No. 3
Name Officer Johnathan Greenburg
Street Address 711 Broad Street
County, City Florence
State & Zip Code New Jersey 08518

Defendant No. 4
Name Officer Nicole Bonilla
Street Address 711 Broad Street
County, City Florence
State & Zip Code New Jersey 08518

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? (check all that apply)

   ☒ Federal Questions          ☒ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Assault upon a Head of State
18 USC 112 Battery Threatening
18 USC 1163 - USC 42 1983

Rev 10/2009

C    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __National Aboriginal Republic of North America__

Defendant(s) state(s) of citizenship __New Jersey corporate citizens, U.S. citizens__

**III.    Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? __Florence Township__
__Burlington County New Jersey Cedar LN Road__

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
__July 17th 2014   Approx. 3 pm__

<table>
<tr><td>What happened to you?</td></tr>
</table>

C.    Facts: On the afternoon on 7-17-2014 I was assaulted by Officers of Florence Township. Me and my wife had just dropped off our children. During a roadside key dispute officers pulled over to check scene. I had dropped keys on side of road. I explained this to Officers. They asked me to move away from keys on roadside.

<table>
<tr><td>Who did what?</td></tr>
</table>

As I commenced to move as directed Officers (3) Jonathan Greenburg grabbed me. I turned to ask whats wrong. I was tackled by Greenburg (Unidentified Officer) and Nicole Bonilla. I was punched kicked cuffed then pepper sprayed to near suffocation

<table>
<tr><td>Was anyone else involved?</td></tr>
</table>

When I woke up I was cuffed bleeding beat and talking to a medic. My wife witnessed the event as well as some other people that I dont know who were near the road. When I awoke, I notified them of who I was as far as an Officer of

<table>
<tr><td>Who else saw what happened?</td></tr>
</table>

a foreign government. I wanted to go to the hospital. I was slammed into the back of a vehicle, almost blinded by OC 2 pepper spray. I was refused a phone call.

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I received a laceration on my rear right shoulder, excessive eye skin damage left eye, dislocated left shoulder. I was treated by Aboriginal Medical Association staff for OCB spray burns & damage when Einstein Hospital Medics said they had no remedy for the burning. I was given indigenous medicinal treatment for 1 week for skin damage to eye & back and physical therapy from my tribal physician to heal my shoulder

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want the court to place a permanent injunction against the 3 officers from making an arrests upon me and the entire Florence Township Police department.

I want 5 million dollars in relief for injuries trespass upon my person for false arrest assault and battery upon a Head of State.

I want criminal charges filed by the Department of Justice against the 3 Officers for color of authority actions and violation of 18 USC 112

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of January , 20 15.

Signature of Plaintiff _____

Mailing Address 3000 Chestnut St #42083
Phila. PA 19101

Telephone Number 267 979 3408

Fax Number (if you have one) 267 766 5761

E-mail Address amaruxiali@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20 _____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 3000 Chestnut St #42083 Phila. PA 19107

Address of Defendant: 711 Broad Street Florence NJ 08518

Place of Accident, Incident or Transaction: Florence Township New Jersey
(Use Reverse Side For Additional Space)
Cedar Lane Road

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes☐  No☑

Does this case involve multidistrict litigation possibilities?          Yes☐  No☑

RELATED CASE, IF ANY:

Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☒ All other Diversity Cases

(Please specify)
Police Brutality Case

## ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, Dr. Abdul-Ali Muhammad, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 1-28-15          _____          _____
                       Attorney-at-Law            Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____          _____          _____
                               Attorney-at-Law            Attorney I.D.#

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Dr. Abdul-Ali Muhammad
Head of State-Aboriginal Republic of
North America
v.
Florence Police Department
Township et al

CIVIL ACTION

2:14-cv-04379

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C.     ( )
§ 2241 through § 2255.

(b) Social Security – Cases requesting review of a     ( )
decision of the Secretary of Health and Human
Services denying plaintiff Social Security Benefits.

(c) Arbitration – Cases required to be designated fo     ( )
arbitration under Local Civil Rule 53.2.

(d) Asbestos – Cases involving claims for personal     ( )
injury or property damage from exposure to asbestos.

(e) Special Management – Cases that do not fall into     (X)
tracks (a) through (d) that are commonly referred
to as complex and that need special or intense
management by the court. (See reverse side of
this form for a detailed explanation of special
management cases.)

(f) Standard Management – Cases that do not fall     ( )
into any one of the other tracks.

1-28-15
_____
Date

Abdul Ali Muhammad
_____
Printed Name of Pro Se Plaintiff

_____
Signature of Pro Se Plaintiff

(Civ. 660) 08/09