# United States District Court

Eastern District of Pennsylvania 3rd Circuit

Dr Abdul-Ali Muhammad
Counterclaimant               ,

vs.                                                             Case # 2:14-cv-04379

FLORENCE TOWNSHIP NEW JERSEY POLICE DEPARTMENT

FLORENCE TOWNSHIP – Craig Wilkie

POLICE OFFICER JONATHAN GREENBURG

POLICE OFFICER NICOLE BONILLA

3rd UNIDENTIFIED POLICE OFFICER in State case w-14-212 & w-14-213 ... Respondents.

### PETITION FOR WRIT OF MANDAMUS

1. I Dr Abdul-Ali Muhammad make this petition for writ of mandamus in connection with a notice of removal I filed with this court.
2. The lower court of Florence Township Municipal Court has issued a warrant for my arrest unlawfully. I submitted this case which this court has received. I have noticed the Florence Township Prosecutor and court of this Notice of removal and their lack of jurisdiction in the matter pending either federal adjudication remand or some other action.
3. I attended each state hearing except for the last hearing in which I noticed the court that I am not required to attend as this case is now in federal court. USC 28 section 1455 sates that a hearing will be held and a determination is to be made by the Federal Court.
4. Further the counterclaimant holds that as a Head of State of an Indigenous Tribal Government that the State of New Jersey and its courts holds no jurisdiction in this matter and has not responded to jurisdictional challenges filed byhis government attorneys.
5. REMEDY REQUEST
6. Claimant requests this court quash and Vacate any actions on the state level including any convictions judgments warrants and further actions and promptly schedules a hearing in this matter on the federal level.

I Dr. Abdul-Ali Muhammad declare under penalty of perjury that the above information is true and correct to the best of my knowledge and reserve the right to amend it to reflect the proper and accurate information for this case.

I Certify that a copy of this amendment has been served upon the defendants or their attorneys at their known addresses.

Dr Abdul-Ali Muhammad
**HEAD OF STATE**
**Aboriginal Republic of North America**
**Xi-Amaru Tribal Government**